# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JONES, | Case No. CV 13-2673 VAP (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 24, 2014

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE